Submitted February 3, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, BECK and JOHNSON, JJ.

Judgment affirmed.

JOHNSON, J., filed a dissenting memorandum.

479 A.2d 1134

Commonwealth v. Nystrand, Sr., Appellant.

 Submitted April 2, 1984. Joseph F. Sklarosky, First Assistant Public Defender, for appellant; Brendan J. Vanston, District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment affirmed.

479 A.2d 1135

Commonwealth v. Nystrand, Appellant.

 Submitted April

2, 1984. Joseph V. Kasper, for appellant; Brendan J. Vanston, District Attorney, for Commonwealth, appellee.

Before WIEAND; JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

479 A.2d 1135

Commonwealth v. Pellegrino, Appellant.
Petition for Allowance of Appeal
Denied Nov. 16, 1984.

Submitted May 4, 1984.

Dyran M. Emuryan, for appellant; Sandra L. Elias, Deputy District Attorney, for Commonwealth, appellee.

Before CIRILLO, DEL SOLE and POPOVICH, JJ.

Judgment of sentence affirmed.

481 A.2d 971

Commonwealth v. Roberts, Appellant.
Reargument Denied Oct. 2, 1984.

Submitted April 16, 1984. George H. Newman, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.